## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>DAVID A MARRON AND ROBIN H SOROKO-MARRON<br><br>Debtors | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| DAVID M. NICKLESS, TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., U.S. BANCORP, AND U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br><br>Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> 0 |

Chapter 7
Case No. 10-45395-MSH

Adversary Proceeding
No. 11-4028

## ORDER ON TRUSTEE'S MOTION FOR RECONSIDERATION

The trustee seeks reconsideration of my order of January 9, 2012 granting the defendants'

motion to dismiss on the grounds that there has been a change in the law based upon the

Supreme Judicial Court's solicitation of briefs in *Eaton v. Fed. Nat. Mort. Ass'n*, slip op. C.A.

11-1382 (Mass. Superior Ct. June 17, 2011), appeal pending at SJC.  The defendants oppose.

The SJC's order of January 6, 2012 soliciting additional briefs in *Eaton* does not

constitute a change in the law.  Consequently the motion for reconsideration is denied.

Dated: February 13, 2012

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

Counsel Appearing:  James O'Connor
Fitchburg, MA
Counsel for plaintiff, David M. Nickless, Chapter 7 trustee

Young Han
Boston, MA
Counsel for all defendants